IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES WOOLDRIDGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:17-CV-233-D |
| | § | |
| SAYASITH, OFFICER OF | § | |
| POTTER COUNTY SHERIFF, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 13, 2018 the United States Magistrate Judge entered findings and conclusions on defendant's motion to dismiss, filed January 21, 2018 [ECF 8]. Based on these findings and conclusions, the magistrate judge recommends that defendant's motion, based on Fed. R. Civ. P. 12(b)(1), in part, and on Rule 12(b)(6), be granted. No objections to the findings, conclusions, and recommendation have been filed.

Accordingly, after making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, defendant's motion to dismiss is granted, and plaintiff's action is dismissed with prejudice by final judgment entered today.

**SO ORDERED**.

July 5, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE